UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RUSHMORE GROUP, LLC,<br>a South Dakota Corporation, | \* | Civ. 11-1031 |
| | \* | |
| Plaintiff, | | |
| | \* | |
| vs. | | NOTICE OF DISMISSAL |
| | \* | |
| SAP AMERICA, INC.,<br>a Delaware Corporation, | \* | |
| | | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No Answer or Motion for Summary Judgment having been filed, Plaintiff hereby voluntarily dismisses the above-entitled matter pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedures.

Dated this 6th day of October, 2011.

        SIEGEL, BARNETT & SCHUTZ, L.L.P.

        /s/ Reed Rasmussen
        Reed Rasmussen
        415 S. Main Street, 400 Capitol Building
        PO Box 490
        Aberdeen, SD  57402-0490
        Telephone No. (605) 225-5420
        Facsimile No. (605) 226-1911
        rrasmussen@sbslaw.net

        and

        Terry P. Duggins
        The Duggins Law Firm, LLC
        The Lowry Building
        350 St. Peter Street, Suite 224
        St. Paul, MN  55102
        Telephone No. (651) 490-0222
        terry@dugginslawfirm.com

        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

       The undersigned, attorneys for Rushmore Group, LLC, hereby certifies that on the 6th day of October, 2011, a true and correct copy of the foregoing NOTICE OF DISMISSAL was served electronically to the following:

       Mr. Daniel E. Ashmore
       PO Box 8045
       Rapid City, SD  57709-8045

Dated this 6th day of October, 2011.

                      SIEGEL, BARNETT & SCHUTZ, L.L.P.

                      /s/ Reed Rasmussen